In the Matter of MARION J. JENSON, Respondent, against CLIF-
FORD J. FLETCHER, as Commissioner of Motor Vehicles,
Appellant.

Argued October 8, 1951; decided October 19, 1951.

*Nathaniel L. Goldstein, Attorney-General* (*Ronald E. Coleman, Wendell P. Brown* and *Michael P. Geraci* of counsel), for appellant.

*Heffren J. Cohen* and *Joseph Ambrusko* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.